UNITED STATES of America, Plaintiff–Appellee,

v.

Charles Edward MUSSELMAN, Defendant–Appellant.

No. 05–10819

Non–Argument Calendar.

D.C. Docket No. 04–00032–CR–J–20MMH.

United States Court of Appeals, Eleventh Circuit.

Dec. 16, 2005.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Ronald W. Maxwell, Ronald W. Maxwell, P.A., Jacksonville, FL, for Defendant–Appellant.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Charles Edward Musselman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Musselman's conviction and sentence are **AFFIRMED**.